UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 15-692 VAP(JC) | Date | June 1, 2015 |
|---|---|---|---|
| Title | Jamel Antione West v. S. Ibarra, et al. | | |

| Present: The Honorable | Jacqueline Chooljian, United States Magistrate Judge | |
|---|---|---|
| Hana Rashad | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| none | none |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE DISMISSAL**

On April 9, 2015, Jamel Antione West ("plaintiff"), a pretrial detainee at the West Valley Detention Center ("WVDC") in Rancho Cucamonga who is proceeding *pro se* and has been granted leave to proceed *in forma pauperis*, filed a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983 ("Section 1983") against multiple WVDC Deputy Sheriffs (collectively "defendants"). (Complaint at 3-4). Very liberally construed, the Complaint appears to allege that on February 23, 2015, one or more of the defendants used excessive force to subdue plaintiff, which violated plaintiff's Due Process rights under the Fourteenth Amendment. (Complaint at 5). Plaintiff sues all defendants in their individual and official capacities, and seeks monetary relief. (Complaint at 3-4, 6).

On April 24, 2015, this Court dismissed the Complaint (except to the extent it asserted an individual capacity excessive force claim against one of the defendants) with leave to amend and directed plaintiff to file either a First Amended Complaint or a Notice of Intent Not to File First Amended Complaint within fourteen (14) days, *i.e.*, by May 8, 2015. The Court expressly cautioned plaintiff that the failure timely to do so may result in the dismissal of this action with or without prejudice based upon plaintiff's failure diligently to prosecute and/or plaintiff's failure to comply with the Court's order. To date, although the foregoing deadline has expired, plaintiff has failed to file either a First Amended Complaint or a Notice of Intent Not to File First Amended Complaint.

IT IS ORDERED that the plaintiff shall show cause in writing, on or before **June 15, 2015**, why this action should not be dismissed based upon plaintiff's failure diligently to prosecute and/or plaintiff's failure to comply with the April 24 Order. **If plaintiff no longer wishes to pursue this action, he may expedite matters by instead signing and returning the attached Notice of Dismissal by the foregoing deadline.**

**Plaintiff is cautioned that the failure timely to comply with this order and/or to show good cause, will result in the dismissal of this action based upon plaintiff's failure diligently to prosecute and/or plaintiff's failure to comply with the Court's orders.**

IT IS SO ORDERED.

Attachment                                                                 Initials of Deputy Clerk: hr