UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMEL ANTOINE WEST, | ) | NO. EDCV 15-0692-VAP (KS) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| S. IBARRA, et al, | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: Dec. 10 2015

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE